```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA
```

**CHRISTOPHER SIRMONS, JR.,**      :
                                   :
      Petitioner            :       No. 1:16-CV-00141
                                   :
  vs.                             :       (Judge Kane)
                                   :
**DEPUTY ZAKEN, et al.,**           :
                                   :
                                   :
      Respondents           :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is dismissed without prejudice.

2. A certificate of appealability is denied. 28 U.S.C. § 2253(c).

3. The Clerk of Court is directed to close this case.


                    S/ Yvette Kane
                    Yvette Kane
                    United States District Judge


Date: May 25, 2016